# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| HOLLY GHARST, ) | Case No. 21-70366 |
| ) | (Chapter 7) |
| Debtor. ) | |

## UNITED STATES TRUSTEE'S
## MOTION OBJECTING TO DEBTOR'S DISCHARGE
## UNDER 11 U.S.C. § 727(a)(9)

NANCY J. GARGULA, the United States Trustee for Region 10, by attorney James A. Salinas, states in support of her "Motion Objecting to Debtor's Discharge" as follows:

1. Nancy J. Gargula, (hereinafter referred to as the "U.S. Trustee"), is the duly appointed U.S. Trustee for Region 10 pursuant to 28 U.S.C. § 581(a)(10).

2. Pursuant to 28 U.S.C. § 586(a), the U.S. Trustee is charged by Congress with the duty to monitor the administration of cases commenced under the United States Bankruptcy Code ("Code").

3. This Motion is brought pursuant to 11 U.S.C. § 727(a)(9) and Federal Rule of Bankruptcy Procedure 4004(a).[1]

4. Debtor commenced this case on May 12, 2021, by filing a voluntary petition for relief under Chapter 7 of the Code.

---

[1] F.R.B.P. 4004(a) provides that "[i]n a chapter 7 case, a complaint, *or a motion under § 727(a)(8) or (a)(9) of the Code*, objecting to debtor's discharge shall be filed no later than 60 days after the first date set for the meeting of creditors under § 341(a)."  (Emphasis added.)

5. The deadline to object to discharge is August 10, 2021. This motion is timely filed.

6. Debtor, Holly Gharst, is not eligible for discharge pursuant to § 727 given her prior discharge under § 1328 in a case filed within the previous six years of the filing of the instant case.

7. Title 11 U.S.C. § 727(a)(9) provides in relevant part as follows:

> (a) The court shall grant the debtor a discharge, unless - . . .
>     (9) the debtor has been granted a discharge under section 1228 or 1328 of this title, or under section 660 or 661 of the Bankruptcy Act, in a case commenced within six years before the date of the filing of the petition, unless payments under the plan in such case totaled at least--
>         (A) 100 percent of the allowed unsecured claims in such case; or
>         (B)(i) 70 percent of such claims; and
>             (ii) the plan was proposed by the debtor in good faith, and was the debtor's best effort;

8. Debtor filed a prior Chapter 13 case in the Central District of Illinois on April 19, 2018, Case Number 18-70578, and received a discharge in that case on March 23, 2021.

9. Debtor's prior case and the payments under the plan therein do not meet the requirements of §§ 727(a)(9)(A) or (B).

10. Thus, Debtor is not eligible to receive a discharge pursuant to § 727(a)(9) in the instant case as it was filed within 6 years of the filing of her prior Chapter 13 case in which she received a discharge. May 12, 2021 is within 6 years of April 19, 2018. Debtor is <u>not</u> eligible to receive a discharge under Chapter 7 in any case filed prior to April 19, 2024. Debtor's case was filed 2 years, 11 months, and 1 week too early.

**WHEREFORE**, the U.S. Trustee respectfully requests that this Court enter an order denying the discharge of Debtor in the instant case pursuant to 11 U.S.C. § 727(a)(9) and granting such other relief as this Court may deem appropriate.

Dated:  June 10, 2021

Respectfully submitted,

NANCY J. GARGULA
United States Trustee

*/s/ James A. Salinas*

James A. Salinas, FL Bar No. 012587
Trial Attorney
United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602
Phone: (309) 671-7854, ext. 238
Email: James.Salinas@usdoj.gov

## CERTIFICATE OF SERVICE

The Undersigned certifies that a copy of the **"UNITED STATES TRUSTEE'S MOTION OBJECTING TO DEBTOR'S DISCHARGE"** was served electronically through CM/ECF upon the following:

John L GreenLeaf, Jr on behalf of Debtor Holly Gharst at the following email addresses: GreenLeafLaw@comcast.net, r41246@notify.bestcase.com

James R Inghram, Ch. 7 Trustee at the following email addresses: bankruptcy@inghramlaw.com, sherene@inghramlaw.com, jim@inghramlaw.com, inghram@inghramlaw.com, il52@ecfcbis.com


And the following persons by enclosing same in an envelope addressed to such persons at the address indicated:

| | |
|---|---|
| **Holly Gharst** | **John L GreenLeaf, Jr** |
| 2411 Ivy Lane | GreenLeaf Law Office, Ltd. |
| Decatur, IL 62521 | 2456 North Main Street |
| | Decatur, IL 62526 |

with postage fully prepaid and deposited in the United States Postal Service mailbox on June 10, 2021.

                                                      NANCY J. GARGULA
                                                      United States Trustee

                                                      */s/ James A. Salinas*

                                                      James A. Salinas
                                                      Trial Attorney

James A. Salinas, FL Bar No. 012587
United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602
Phone: (309) 671-7854, ext. 238
Email: James.Salinas@usdoj.gov